UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-118-GMN-VCF |
| vs. | **ORDER** |
| MICHAEL CHARLES GARCIA, | |
| Defendant. | |

The Court has received notification that space is available at the halfway house and they can accommodate defendants placement.

**IT IS HEREBY ORDERED** that the defendant shall be released from custody on Friday, August 9, 2013 and be transported by United States Marshal Service to Pretrial Services Office. Mr. Garcia shall reside at the halfway house pending further proceedings before the Honorable Gloria M. Navarro. All other previously imposed conditions will remain in full force and effect.

DATED this 8th day of August 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge