UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL CHARLES GARCIA,<br><br>  Defendant. | 2:12-cr-00118-JAD-VCF-1 |

## CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Amended Judgment in a Criminal Case (ECF# 168) on June 16, 2014. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

  Name of Payee:            CITIBANK\*\*
  Amount of Restitution:    $1,620.00

  Name of Payee:            LAS VEGAS COMMUNITY CORRECTIONAL CENTER
  Amount of Restitution:    $625.71

  **Total Amount of Restitution ordered:** $2,245.71

The above restitution does not include prior payments receipted on behalf of the Defendants.

**\*\*Joint and Several with co-defendant Matthew Dale Dewberry.**

  Dated this  29th  day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE